# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LUZ D MARICHAL, f/k/a | ) | |
| LUZ D RAMOS, f/d/b/a | ) | |
| BACALAO FRESH SUPER MARKET INC. | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CASE NO. : 18-14614-MDC |
| | ) | |
| | ) | **HEARING DATE:** |
| BMW BANK OF NORTH AMERICA, | ) | Wednesday, August 29, 2018 |
| Movant | ) | 10:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| LUZ D MARICHAL, f/k/a | ) | Eastern District of Pennsylvania |
| LUZ D RAMOS, f/d/b/a | ) | Courtroom # 2 |
| BACALAO FRESH SUPER MARKET INC. | ) | 900 Market Street |
| Respondents | ) | Philadelphia, PA 19107 |
| and | ) | |
| ROBERT H. HOLBER, | ) | |
| Trustee | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*BMW Bank of North America has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit BMW Bank of North America to Repossess Debtor's Property described as a 2014 FORD TRUCK F150 Pickup SuperCrew XLT 4WD, V.I.N. 1FTFW1ET3EFA04095.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 15, 2018, you or your attorney must do all of the following:

   (a) file an answer explaining you position at:

*United States Bankruptcy Court Clerk*
*Eastern District of Pennsylvania*
*900 Market Street, Suite 400*
*Philadelphia, PA 19107-4299*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,
   (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

   *and*

*Robert H. Holber*
*Robert H. Holber PC*
*41 East Front Street*
*Media, PA 19063*
*(610) 565-5463*

2.  If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on Wednesday, August 29, 2018, at 10:30 a.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: August 1, 2018