# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luz D Marichal fka Luz D Ramos fdba Bacalao Fresh Super Market Inc.<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 18-14614 MDC |
| Luz D Marichal fka Luz D Ramos fdba Bacalao Fresh Super Market Inc.<br>Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2005 LEXUS ES330, VIN: JTHBA30G555096530 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of August, 2018.

_____
Magdeline D. C_____
United States Bankruptcy Judge.

cc: See attached service list