United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luz D Marichal  
     Debtor

Case No. 18-14614-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: CarolP    Page 1 of 1    Date Rcvd: Aug 23, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.  
db           +Luz D Marichal,    1100 Newportville Road #833,    Croydon, PA 19021-5046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:  
         CLAIR M. STEWART    on behalf of Debtor Luz D Marichal clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luz D Marichal fka Luz D Ramos fdba Bacalao Fresh Super Market Inc.<br>      Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>      Movant<br>vs. | NO. 18-14614 MDC |
| Luz D Marichal fka Luz D Ramos fdba Bacalao Fresh Super Market Inc.<br>      Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber<br>      Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2005 LEXUS ES330, VIN: JTHBA30G555096530 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of August, 2018.

                                                          Magdeline D. C_____
                                                        United States Bankruptcy Judge.

cc: See attached service list