UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LUZ D MARICHAL f/k/a | ) | |
| LUZ D RAMOS f/d/b/a | ) | |
| BACALAO FRESH SUPER MARKET INC. | ) | |
| | ) | |
| Debtor | ) | CASE NO. : 18-14614-MDC |
| | ) | |
| | ) | **HEARING DATE:** |
| BMW BANK OF NORTH AMERICA, | ) | Wednesday, August 29, 2018 |
| Movant | ) | 10:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| LUZ D MARICHAL f/k/a | ) | Eastern District of Pennsylvania |
| LUZ D RAMOS f/d/b/a | ) | Courtroom # 2 |
| BACALAO FRESH SUPER MARKET INC. | ) | 900 Market Street |
| Respondents | ) | Philadelphia, PA 19107 |
| and | ) | |
| ROBERT H. HOLBER, | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this 4th day of September, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2014 FORD TRUCK F150 Pickup SuperCrew XLT 4WD, V.I.N. 1FTFW1ET3EFA04095) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

*Magdeline D. Coleman*

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Luz D Marichal
1100 Newportville Road #833
Croydon, PA 19021

Clair M. Stewart, Esquire
Attorney at Law
100 S. Broad Street Suite 1523
Philadelphia, PA 19110

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street  Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107