United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luz D Marichal  
     Debtor

Case No. 18-14614-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: CarolP     Page 1 of 1     Date Rcvd: Sep 04, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.  
db            +Luz D Marichal,    1100 Newportville Road #833,    Croydon, PA 19021-5046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:  
               CLAIR M. STEWART    on behalf of Debtor Luz D Marichal  clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
               JASON BRETT SCHWARTZ    on behalf of Creditor   BMW Bank of North America   jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
               REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation   bkgroup@kmllawgroup.com  
               ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com  
               United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LUZ D MARICHAL f/k/a | ) | |
| LUZ D RAMOS f/d/b/a | ) | |
| BACALAO FRESH SUPER MARKET INC. | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CASE NO. : 18-14614-MDC |
| | ) | |
| | ) | **HEARING DATE:** |
| BMW BANK OF NORTH AMERICA, | ) | Wednesday, August 29, 2018 |
| Movant | ) | 10:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| LUZ D MARICHAL f/k/a | ) | Eastern District of Pennsylvania |
| LUZ D RAMOS f/d/b/a | ) | Courtroom # 2 |
| BACALAO FRESH SUPER MARKET INC. | ) | 900 Market Street |
| Respondents | ) | Philadelphia, PA 19107 |
| and | ) | |
| ROBERT H. HOLBER, | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this 4th day of September, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2014 FORD TRUCK F150 Pickup SuperCrew XLT 4WD, V.I.N. 1FTFW1ET3EFA04095) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Please send copies to:

Luz D Marichal
1100 Newportville Road #833
Croydon, PA 19021

Clair M. Stewart, Esquire
Attorney at Law
100 S. Broad Street Suite 1523
Philadelphia, PA 19110

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107